# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arcara, Richard J. | U.S. District Court W.D.N.Y. | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

2 Niagara Square
Buffalo, New York 14202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Health Now New York, Inc Board Member - Stipend |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. RBC Branch Sweep Program | A | Interest | L | T | | | | | |
| 2. RBC Branch Sweep Program | | None | J | T | | | | | |
| 3. RBC Branch Sweep Program | A | Int./Div. | J | T | | | | | |
| 4. RBC Wealth Management Cash | A | Interest | J | T | | | | | |
| 5. Alcoa Inc OID Callable 01/15/21 | B | Interest | K | T | | | | | |
| 6. Alger Small Cap Focus Fund CL A | A | Dividend | J | T | Buy | 6/12/19 | J | | |
| 7. Allianzgi NFJ Dividend Value FD CL A | C | Dividend | K | T | | | | | |
| 8. Allstate Corporation 6.25% pfd ser F | A | Dividend | | | Redeemed | 10/15/19 | J | | |
| 9. Ally BK Midvale Utah C/D FDIC Ins to Limits | A | Interest | K | T | | | | | |
| 10. Ally Financial Inc 4.15% | A | Interest | | | Redeemed | 08/15/19 | K | | |
| 11. Ally FINL Inc FR 3.35% 061519 Callable 02/15/19 | A | Interest | | | Redeemed | 06/17/19 | J | | |
| 12. Ally FINL Inc FR 4.15% 081519 Callable 02/15/17 | A | Interest | | | Redeemed | 08/15/19 | K | | |
| 13. Amtrust Financial Services Inc Dep Shs REPSTG 1/40th PFD | B | Dividend | | | Buy | 01/23/19 | J | | |
| 14. | | | | | Sold | 08/20/19 | K | C | |
| 15. Annaly Capital Management Inc 6.50 SRS | B | Dividend | K | T | | | | | |
| 16. Annaly Capital Management Inc 6.95 SRS | B | Dividend | K | T | | | | | |
| 17. Alternative Loan Trust MTGPC Series | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | AT&T Inc 5.350 Global Notes due 2066 | B | Interest | K | T | | | | | |
| 19. | Bank of America Corp | A | Dividend | K | T | | | | | |
| 20. | Bank of America Corp 5.00% Dep Shrs callable 9/17/24 | A | Dividend | K | T | Buy | 09/11/19 | K | | |
| 21. | Bank of America Corp 6.5% Shs REPSTG | B | Dividend | K | T | | | | | |
| 22. | Bank of America Corp 6.5% Shs REPSTG | A | Dividend | J | T | | | | | |
| 23. | Bank of America Corp 6.625% Non Cum Prfd | A | Dividend | | | Redeemed | 09/09/19 | J | | |
| 24. | Bank of America FDG Corp Series 2007-2 Class 1A7 | A | Interest | J | T | | | | | |
| 25. | Bank of American Fund Corp Ser 2007-2 CL TA1B | A | Interest | J | T | | | | | |
| 26. | Bank of America FNDG Corp TR Series 2007-5 Class CA4 | B | Interest | K | T | | | | | |
| 27. | Blackrock Enhanced Int'l Div Trust | B | Dividend | K | T | | | | | |
| 28. | BlackRock Global Allocation Fd Inc Cl C | A | Dividend | | | Sold (part) | 11/26/19 | J | A | |
| 29. | | | | | | Sold | 11/29/19 | J | | |
| 30. | BlackRock Global Allocation Fd Inc Cl C | B | Dividend | K | T | | | | | |
| 31. | BlackRock Global Allocation Fd Inc Cl C | A | Dividend | J | T | Buy | 11/29/19 | J | | |
| 32. | Blackrock Multi Sector Income | B | Dividend | K | T | | | | | |
| 33. | BlackRock NY Muni Income | A | Dividend | J | T | | | | | |
| 34. | CHL Mortgage Pass Through 2006-15 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | CHL Mortgage Pass Through 2006-J4 | A | Interest | J | T | | | | | |
| 36. | CHL Mortgage Pass Through 2006-16 | A | Interest | J | T | | | | | |
| 37. | CHL Mortgage Pass Through 2007-3 | A | Interest | J | T | | | | | |
| 38. | Citigroup Coml Mtg Ser 2008-C7 Class AJ | A | Interest | J | T | | | | | |
| 39. | Citigroup Commercial Mort Tr MTGPC Ser 2006-C5 A-J Fixed | A | Interest | J | T | | | | | |
| 40. | Citigroup Inc. 6.875% ser K | B | Dividend | K | T | | | | | |
| 41. | CitiMortgage Alt. Loan Trust Series 2006-A4 | A | Interest | J | T | | | | | |
| 42. | Clearbride Value Trust Class C | | None | L | T | | | | | |
| 43. | Clearbridge Energy MLP Total Return Fund | B | Dividend | K | T | | | | | |
| 44. | Cohen & Steers MLP Income & Energy Opportunity FD Inc | C | Dividend | K | T | | | | | |
| 45. | Corp Back JCPenney Ser 07-1CL A-1 | B | Interest | | | Sold | 11/15/19 | J | | |
| 46. | CSMC Mortgage Backed Trust MTGPC/ Series 2006-9 2-A-1 Fixed Rt | A | Interest | J | T | | | | | |
| 47. | Doubleline Income Solutions FD | C | Dividend | K | T | | | | | |
| 48. | Doubleline Income Solutions FD | A | Dividend | J | T | | | | | |
| 49. | Duke Energy Corporation 5.125% Jr Sub Debentures | B | Interest | K | T | | | | | |
| 50. | Duke Energy Corporation 5.625% Jr Sub Debentures | B | Dividend | K | T | | | | | |
| 51. | Eaton Vance Fltng RT 2022 Trgt Trm TR | B | Dividend | K | T | Buy | 04/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton Vance Fltng RT 2002 Trgt Trm TR | A | Dividend | K | T | Buy | 04/11/19 | K | | |
| 53. | | | | | Buy | 08/19/19 | K | | |
| 54. Eaton Vance Floating Rate Income Plus Fund | A | Dividend | J | T | | | | | |
| 55. Eton Vance Floating Rate Income Plus Fund | B | Dividend | K | T | | | | | |
| 56. Eaton Vance Grwth TR Atlanta Cap Select CL A | A | Dividend | L | T | | | | | |
| 57. Eaton Vance High Income 2021 Target Term TR Com SH | B | Dividend | K | T | | | | | |
| 58. Eaton Vance Tax-Managed Glbl Diversified Equity Income Fd | C | Dividend | K | T | | | | | |
| 59. Eaton Vance Mut FDS TR FLTG Rate Advantage | B | Dividend | K | T | | | | | |
| 60. Euro Pac Growth Fund CL C | A | Dividend | K | T | | | | | |
| 61. Euro Pacific Growth Fund CI. A | A | Dividend | K | T | | | | | |
| 62. Federated Adviser Ser Intl Equity Fd CL A (formerly PNC FDS Intl Equit | A | Dividend | K | T | | | | | |
| 63. Federal Home Loan Mtg Corp Ser 4604 Cl CD | A | Interest | J | T | | | | | |
| 64. Federal Nation Meeting Assn 2013-41 | A | Interest | J | T | | | | | |
| 65. Federal National MTG Assn Ser 2017-11-CL CA | A | Interest | J | T | | | | | |
| 66. Fidelity Adv New Insights CL A (formerly Fidelty Adv New Insight CL C) | D | Dividend | L | T | | | | | |
| 67. Fidelity Adv New Insights Fd Cl A | C | Dividend | L | T | | | | | |
| 68. Fidelity Adv New Insights Fd Cl A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Fidelity Adv New Insights Cl C | A | Dividend | J | T | | | | | |
| 70. Fidelity Adv New Insights Fd Cl A | A | Dividend | J | T | | | | | |
| 71. First TR MLP & Energy Income Fund | B | Dividend | K | T | | | | | |
| 72. First Trust Intermediate Duration Preferred & Income FD | B | Dividend | K | T | | | | | |
| 73. First Trust Intermediate Duration Preferred & Income Fd | B | Dividend | K | T | | | | | |
| 74. FHLMC REMIC Series 4588 LZ | A | Interest | J | T | | | | | |
| 75. FNMA REMIC Trust 2016-39 CA | A | Interest | K | T | | | | | |
| 76. Ford Motor Company 6.20% Notes Due 2059 callable 06/01/24 | A | Interest | K | T | Buy | 05/21/19 | K | | |
| 77. Ford Motor Company 6.0%Notes Due 2059 callable 12/1/24 | | None | K | T | Buy | 12/05/19 | K | | |
| 78. Ford Motor Credit Company FR 3.7% 082024 callable 8/20/20 | | None | K | T | Buy | 08/26/19 | K | | |
| 79. GNMA REMIC Trust 2016-170A | A | Interest | J | T | | | | | |
| 80. Goldman Sachs HY Fund CI.A | B | Dividend | K | T | | | | | |
| 81. GOV'T Nat'l Mtge Assoc 2012-96 CLYG | A | Interest | J | T | | | | | |
| 82. Gov't Nat'l Mtg Assn Ser 2012-074 CL MB | A | Interest | K | T | | | | | |
| 83. Gov't Nat'l Mtg Assn Ser 2016-160 CL UB | A | Interest | K | T | | | | | |
| 84. Gov't Nat'l Mtg Assn Ser 2017-149 CL A | A | Interest | J | T | | | | | |
| 85. GS MTG Secs Corp Series 2006-2F Class 2A6 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Hertz Corp SR NT 7.375%21 Callable 01/31/19 | B | Interest | | | Redeemed | 08/12/19 | J | A | |
| 87. Hotchkis & Wiley FDS Mid Cap Value Fd CI I | A | Dividend | J | T | | | | | |
| 88. Hotchkis & Wiley Funds Mid Cap Value FD CL A | A | Dividend | K | T | | | | | |
| 89. Icahn Enterprises LP/Corp SR Glbl NT 22 Callable 02/01/22 | B | Interest | K | T | | | | | |
| 90. Invesco Value Opportunities Class A | A | Dividend | K | T | | | | | |
| 91. Invesco Charter Fund CI A | B | Dividend | J | T | | | | | |
| 92. Invesco Trust for Investment | A | Dividend | J | T | | | | | |
| 93. Ivy Asset Strategy Fd CI A | C | Dividend | L | T | | | | | |
| 94. Ivy Fds Asset Strategy CI A | B | Dividend | K | T | | | | | |
| 95. IVY FDS Inc. Large Cap Growth Fd CI C | B | Dividend | J | T | Sold (part) | 11/29/19 | J | | |
| 96. IVY FDS Inc. Large Cap Growth Fd CI C | B | Dividend | J | T | Buy | 11/29/19 | J | | |
| 97. Janus Invt FD Henderson Multisector Income FD A | B | Dividend | K | T | | | | | |
| 98. JP Morgan TrustnSeries 2007-S1 | A | Interest | J | T | | | | | |
| 99. JPMorgan TR1 US Large Cap CI A | | None | | | Sold (part) | 04/09/19 | J | A | |
| 100. | | | | | Sold | 04/10/19 | K | C | |
| 101. JP Morgan Chase & Co 6.30% Pfd Ser W | B | Dividend | | | Redeemed | 09/03/19 | K | | |
| 102. JP Morgan Chase & Co Dep Shs Each REPSTG A 6.0% callable 3/1/24 | B | Dividend | K | T | Buy | 01/17/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. JP Morgan Chase Commercial Mortgage Secumtgpc/Series 2006 | A | Dividend | J | T | | | | | |
| 104. KeyCorp New | A | Dividend | J | T | | | | | |
| 105. Kinetics Paradigm Fund Adv CI A | B | Dividend | K | T | | | | | |
| 106. Kinetics Paradigm Fund Advisor CI C | C | Dividend | K | T | | | | | |
| 107. KKR & Co LP 6.75% Series A Preferred Units | B | Dividend | K | T | | | | | |
| 108. Lehman Mortgage Trust Series 2007-10 | B | Interest | K | T | | | | | |
| 109. Locorr Invt TR Spectrum Income FD CL A | A | Dividend | | | Sold (part) | 06/12/19 | J | | |
| 110. Locorr Invt TR Spectrum Income FD CL A | B | Dividend | K | T | | | | | |
| 111. M&T Bank Corp | B | Dividend | M | T | | | | | |
| 112. Merck & Co Inc | A | Dividend | K | T | | | | | |
| 113. Morgan Stanley Mortgage Loan Tr Series 2006-11 2-A-1 Fixed RT | A | Interest | J | T | | | | | |
| 114. National Fuel Gas Co | A | Dividend | K | T | | | | | |
| 115. New Perspective Fund IncCl. A | A | Dividend | J | T | | | | | |
| 116. Nuveen CR Opportunities 2022 TRGT Term FD | B | Dividend | K | T | | | | | |
| 117. Nuveen High Income December 2019 target Term Fund | A | Dividend | | | Sold | 12/02/19 | K | | |
| 118. .Nuveen High Income 2020 Target Term Fund | B | Dividend | K | T | | | | | |
| 119. Nuveen High Income 2023 Target Term Fund | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arcara, Richard J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Nuveen High Income November 2021 Target Term Fund Com Shs | B | Dividend | K | T | | | | | |
| 121. Nuveen Credit Strategies Inc Fund | B | Dividend | J | T | | | | | |
| 122. Nuveen Municipal Credit Opport Fund Common | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 123. Nuveen Municipal Credit Opport Fund Common | A | Dividend | L | T | Buy | 09/17/19 | K | | |
| 124. PGIM Jennison Growth Fund Class A | C | Dividend | L | T | | | | | |
| 125. PGIM Jennison 20/20 Focus Fund CI | B | Dividend | J | T | | | | | |
| 126. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 127. Prospect Cap Corp FR 4.75% callable 1/31/19 | B | Interest | K | T | | | | | |
| 128. Prospect Cap Corp FR 5% 011519 Callable | | None | | | Redeemed | 01/15/19 | K | | |
| 129. Prospect Cap Corp 6.875% due 2029 Callable 12/15/21 | B | Interest | K | T | | | | | |
| 130. QVC Inc. 6.25% Senior Secured Notes due 2068 | A | Dividend | K | T | Buy | 11/20/19 | K | | |
| 131. Qwest Corporation 6.5% SR Notes due 2056 | B | Interest | K | T | | | | | |
| 132. Residential Accredit LNS Inc CL A-5 | A | Interest | J | T | | | | | |
| 133. Residential Accredit LNS Inc CL I-A-5 | A | Interest | J | T | | | | | |
| 134. Royal Bank of Canada Soft Bullet MD 09/23/19 | A | Interest | | | Redeemed | 09/23/19 | K | | |
| 135. Royce Fd Total Return Fd Consultant | A | Dividend | J | T | | | | | |
| 136. Royce Fd Total Return Fd Consultant | D | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Royce Fund - PAMutual Fund Consultant CI | B | Dividend | K | T | | | | | |
| 138. Royce Fund - PAMutual Fund Consultant CL | A | Dividend | J | T | | | | | |
| 139. SLM Corp endnotes 4% 12/08, thereafter 6.75% Callable 01/21/17 | B | Interest | K | T | | | | | |
| 140. Southern Company (The) SER 2015A 6.25% JNR Subordntd | B | Interest | K | T | | | | | |
| 141. Southern Company (The) SER 2015A 6.25% JNR Subordntd | A | Interest | J | T | | | | | |
| 142. Templeton Foreign Fd CI A | A | Dividend | K | T | | | | | |
| 143. Thornburg Intl Value Fund CI. A | B | Dividend | K | T | | | | | |
| 144. Trst for Advised Port Miller Opport TR CL A | | None | K | T | | | | | |
| 145. Trst for Advised Port Miller Opport TR CL A | | None | J | T | | | | | |
| 146. Trst for Advised Port Miller Opport TR CL C | | None | J | T | | | | | |
| 147. Trst for Advised Port Miller Opport TR CL C | | None | J | T | | | | | |
| 148. Trst for Advised Port Miller Opport TR CL C | | None | L | T | | | | | |
| 149. UIT AAM High 50 Divid Strategy Ser 2017-4Q Portfolio Reinvest | A | Dividend | | | Redeemed | 03/22/19 | K | | |
| 150. UIT AAM High 50 Divid Strategy Portfolio Ser 2019-1Q Reinvest | B | Dividend | K | T | Buy | 03/18/19 | K | | |
| 151. UIT AAM Tactical Income CLosed Ser 2018-2 | B | Dividend | K | T | | | | | |
| 152. United States Cellular Corp 7.25% Sr. Notes (x) | B | Interest | K | T | | | | | |
| 153. Wells Fargo & Company 5.7% Dep Shs Rep 1/1000th Int | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arcara, Richard J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Wells Fargo & Company 6% Dep Shs REPSTG 1/1000th INT | B | Dividend | K | T | | | | | |
| 155. Western Asset High Yield Defined Opportunity Fd | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arcara, Richard J.** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard J. Arcara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544